IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>PACIFIC THOMAS CORPORATION<br>_____<br>KYLE EVERETT, Chapter 11 Trustee,<br>             Plaintiff,<br>    v.<br>THOMAS CAPITAL INVESTMENTS,<br>             Defendant. | Case No. 15-cv-06321-MMC<br><br>Bankruptcy Case No. 14-54232 MEH<br><br>Adversary Proceeding No. 14-05117<br><br>**ORDER SETTING DEADLINE FOR APPELLEE TO RESPOND TO APPLICATION FOR EXTENSION OF TIME** |

Before the Court is appellant's application, filed July 27, 2016, for an extension of time to file its opening brief, specifically, from July 27, 2016, to August 1, 2016.

Appellee is hereby DIRECTED to file, no later than Friday, July 29, 2016, at 4:00 p.m., any opposition to appellant's application for such extension. See Civil L.R. 6-3(b).

**IT IS SO ORDERED.**

Dated: July 28, 2016

MAXINE M. CHESNEY
United States District Judge