IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>PACIFIC THOMAS CORPORATION<br>――――――――――――――――――<br>KYLE EVERETT, Chapter 11 Trustee,<br>　　　　　　Appellee,<br>　　v.<br>THOMAS CAPITAL INVESTMENTS,<br>　　　　　　Appellant | Case No. 15-cv-06321-MMC<br><br>**ORDER DIRECTING APPELLANT TO PROVIDE CHAMBERS COPY OF OPENING BRIEF AND OF EACH DOCUMENT FILED IN BANKRUPTCY COURT CITED IN OPENING BRIEF** |

   Having reviewed the docket of the above-titled bankruptcy appeal, the Court rules as follows:

   1. On August 8, 2016, appellant Thomas Capital Investments electronically filed and served on appellee Kyle Everett its opening brief in the above-titled bankruptcy appeal.  Appellant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.  Appellant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of its opening brief.

   2. To facilitate the Court's review of the matter, appellant is hereby directed to submit, no later than September 23, 2016, a chambers copy of each document filed in

1  the bankruptcy court that is cited in the opening brief.

2      3.  As of September 23, 2016, the Court will deem the matter submitted, no

3  opposing brief having been filed by appellee.  (See Clerk's Notice of Briefing, filed

4  February 1, 2016 (providing "appellee shall serve and file a brief within 21 days after

5  service of appellant's brief").)

6      **IT IS SO ORDERED.**

8  Dated:  September 9, 2016

                              MAXINE M. CHESNEY
                              United States District Judge